PER CURIAM.
Affirmed. See State v. Roby, 246 So.2d 566 (Fla.1971); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Franke v. State, 997 So.2d 424 (Fla. 2d DCA 2008); Waiter v. State, 965 So.2d 861 (Fla. 2d DCA 2007); Mosely v. State, 688 So.2d 999 (Fla. 2d DCA 1997); Desmond v. State, 576 So.2d 743 (Fla. 2d DCA 1991); Foss v. State, 834 So.2d 404 (Fla. 5th DCA 2003); Lopez v. State, 833 So.2d 283 (Fla. 5th DCA 2002); McMillan v. State, 832 So.2d 946 (Fla. 5th DCA 2002); Roberts v. State, 813 So.2d 1016 (Fla. 1st DCA 2002); Harris v. State, 789 So.2d 1114 (Fla. 1st DCA 2001); Hart v. State, 761 So.2d 334 (Fla. 4th DCA 1998); Freeny v. State, 621 So.2d 505 (Fla. 5th DCA 1993).
KELLY, VILLANTI, and LaROSE, JJ., Concur.